FREDERICK J. SULLIVAN, Appellant, v. EDWARD W. SULLIVAN, Respondent, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

SAM WIDRY, Respondent, v. THE MOUNT VERNON TRUST COMPANY, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Hagarty and Adel, JJ.; Taylor, J., not voting.

FREDERICK J. YOUNG, as Receiver of INTERNATIONAL EXCHANGE BANK, Appellant, v. ANTONIO DiSTEFANO, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

LENA ZAHN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

RICHARD T. ABRAMS and CHARLES McCARROLL, Respondents, v. ALEXANDER MANN, Defendant, and STEWART DAIRY Co., INC., Appellant.—Action to recover damages for personal injuries sustained by plaintiffs as the result of a collision between a milk truck owned by defendant Stewart Dairy Co., Inc., and a taxicab owned and operated by defendant Mann. The appeal is by defendant Stewart Dairy Co., Inc., from so much of the judgment as is against it and in favor of plaintiff Abrams in the sum of $5,701.55, and in favor of plaintiff McCarroll in the sum of $151.14. In so far as it is in favor of plaintiff Abrams and against appellant, the judgment is reversed on the facts and a new trial granted, costs to appellant to abide the event, unless within ten days from the entry of the order hereon said plaintiff stipulate to reduce to $3,000 the amount of the verdict rendered in his favor; in which event the judgment, as so reduced, is unanimously affirmed, without costs. In so far as it is in favor of plaintiff McCarroll and against appellant, the judgment is unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.